AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT GILB | ) Case No. 1:25-mj-502 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROBERT GILB**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of an unregistered firearm (destructive device) on more than one occasion in violation of 26 U.S.C. §§ 5841, 5861, and 5871; and Transport and receipt of explosive materials without a license or permit, in violation of 18 U.S.C. § 842(a)(3)(A).

Date: June 9, 2025

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

---

**Return**

This warrant was received on *(date)* June 9 2025, and the person was arrested on *(date)* June 10 2025 at *(city and state)* Cincinnati, OH.

Date: June 10 2025

*Arresting officer's signature*

Joshua Meadors, SA, FBI
*Printed name and title*